# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Islamuddin A.,[1] | Case No. 26-cv-3340 (ECT/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| Todd Blanche, Markwayne Mullin, David J. Venturella, and David Easterwood, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1.  Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Islamuddin A. within 7 days of this Order certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.  Respondents' answer shall include:

    a.  Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

---

[1] This District has adopted a policy of using only the first name and last initial of nongovernmental parties in immigration cases.

b.      A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.      Petitioner must file a reply to Respondents' answer within 7 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.      Petitioner's request for a briefing schedule on a more accelerated basis than that set forth above is **DENIED**.

Date: July 20, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge